Dorantes Miguel 18489-023
Federal Correctional Institution
Sandstone
P.O. BOX. 1000
Sandstone, MN 55072



Office of the Clerk
William J. Holloway, JR. United States District
Court house
Western District of Oklahoma
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102-3092

**RECEIVED**



JAN 18 2022
Clerk, U.S. District Court
WEST.DIST.OF OKLA.



