IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIGUEL DORANTES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-50-D |
| ) | |
| SGT. NYE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' TUCKER, WHITAKER, GAMBLE, MANGUS, MOTION FOR EXTENSION OF DEADLINES

Defendants, Tucker, Whitaker, Gamble, and Mangus, by and through counsel of record, submits this Motion for Extension of Deadlines by thirty (30) days. In support, Defendants would show the Court the following:

1. On December 6, 2022, this Court granted Defendants' Motion to Take Deposition of Inmate Plaintiff. (Dkt. 40).

2. On May 10, 2023, the Court adopted the Report and Recommendation (Dkt. 48) in its entirety which dismissed certain Defendants and claims. (Dkt. 51).

3. May 26, 2023, this Court entered an Order establishing the following deadlines:

    Discovery shall be completed by **July 17, 2023.**

    Dispositive motions shall be filed by **August 17, 2023.** (Dkt. 52).

4. Defendants issued a Notice to take Deposition of Plaintiff on June 29, 2023 for the deposition to occur via videoconference (i.e. Zoom or Webex) on July 13, 2023. (Dkt. 57). This notice was transmitted to the facility currently housing Plaintiff.

5. On July 12, 2023, Defendants received notice from the facility that they may be unable to facilitate the video conference deposition on July 13, 2023. The facility informed Defendants that some sort of training was to take place on July 13, 2023 and that no one would be available to assist in connection to the deposition. This was the first notice Defendants had of any conflict. Numerous phone calls were made with the facility prior to this date to schedule and confirm the date.

6. Defendants are currently working with the facility to attempt and resolve this issue, but at the current time are not optimistic about a successful deposition occurring on July 13, 2023.

7. Counsel for Defendants has a conflict on July 14, 2023.

8. Counsel for these Defendants has spoken to counsel for co-Defendants, Alexandra G. Ah Loy about the issues with the scheduling of the deposition. She has no objection to the request for continuance.

9. Plaintiff is an inmate and obtaining his consent or objection is impracticable at this time.

10. Defendants believe that extending the deadlines thirty (30) days will allow the deposition of Plaintiff to be complete at a time convenient for the facility and all counsel.

11. No trial date is set so no other dates would be impacted by this extension.

12. This request is not made for the purposes of delay but in a good faith attempt to complete discovery and any dispositive motions.

WHEREFORE, premises considered, Defendants, Tucker, Whitaker, Gamble, and Mangus, respectfully request this Court extend the deadlines thirty (30) days to the following:

Discovery shall be completed by **August 17, 2023.**

Dispositive motions shall be filed by **September 17, 2023.**

Respectfully submitted,

s/ Jon Williford
Stephen L. Geries, OBA No. 19101
Jon Williford, OBA No. 19598
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK   73105
(405) 524-2070/Fax: (405) 524-2078
E-mail:      slg@czwlaw.com
             jmw@czwlaw.com

*ATTORNEYS FOR DEFENDANTS TUCKER, WHITAKER, GAMBLE AND LT. MANGUS*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Alexandra G. Ah Loy
HALL BOOTH SMITH, P.C.
6301 Waterford Blvd., Suite 200
Oklahoma City, OK 73118
AllieAhLoy@hallboothsmith.com

*Attorney for Defendants*
*April Beard and Samantha Solomon*

I further certify that on July 12, 2023, I served the attached document by U.S. Priority Mail, postage prepaid, to the following who is not registered participant of the ECF System:

Miguel A. Dorantes #18489-023
SANDSTONE-FCI
PO Box 1000
Sandstone, MN 55072

*Pro Se Plaintiff*

                                              s/ Jon Williford
                                              Jon Williford