IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIGUEL DORANTES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-22-50-D ) |
| SGT. NYE, *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 62] in its entirety.

For the reasons stated therein, Plaintiff's claims against Defendants Nikki Wilson and Stephen Wood are dismissed without prejudice pursuant to FED. R. CIV. P. 4(m).

**IT IS SO ORDERED** this 22nd day of September, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge