## DECLARATION OF BAILEY GAMBLE

I, Bailey Gamble, being of lawful age and under the penalty of perjury pursuant to 12 O.S. § 426, do declare as follows:

1. I am a current Detention Officer for the Grady County Jail.
2. I am not a medical professional.
3. I held this position during Mr. Dorantes incarceration relevant to the allegations in his Complaint. I am familiar with the allegations Mr. Dorantes is making in his Complaint.
4. In my position, one of my responsibilities is monitoring inmates and maintaining the safety and security of the inmates and other staff members.
5. As part of my duties, if an inmate is in need of serious medical attention, I will help that inmate receive the care he needs. This could include taking that inmate to see medical staff or calling the medical staff myself depending on the situation. Serious medical needs would include conditions, or ailments, which might expose inmates to a substantial risk of serious harm.
6. I never witnessed Mr. Dorantes in any sort of serious medical need during his time at Grady County jail. He had a minor injury to his head which was never actively bleeding when I saw him. I knew he had been treated by medical staff for this injury.
7. I never denied Mr. Dorantes any sick call requests for medical treatment. Whenever any inmate, including Mr. Dorantes, expresses a need for, or desire for medical treatment, Grady County jail policy is for staff to instruct the inmate to submit a medical request.

EXHIBIT 1

8. It was my understanding that Mr. Dorantes was receiving pain medication for his complaints of pain.

9. I know that all inmates at Grady County jail are informed and taught how to submit sick call requests to be seen by medical staff.

10. Grady County jail staff are trained to respond to serious inmate medical needs as promptly as possible for the circumstances.

Dated this 26th day of October 2023

Bailey Gamble

Declaration of Gamble
Case No. Case No. CIV-22-50-D (Oklahoma Western District)

EXHIBIT 1