```
 1            IN THE UNITED STATES DISTRICT COURT FOR THE
                      WESTERN DISTRICT OF OKLAHOMA
 2

 3    MIGUEL DORANTES,

 4         Plaintiff,

 5    vs.                          Case No. CIV-22-50-D

 6    SGT. NYE, et al.,

 7         Defendants.

 8

 9

10

11

12            ZOOM DEPOSITION OF MIGUEL DORANTES
                  TAKEN ON BEHALF OF THE DEFENDANTS
13        ON AUGUST 10, 2023, BEGINNING AT 9:57 A.M.
               WITNESS PRESENT IN THOMSON, ILLINOIS
14

15

16

17

18                         APPEARANCES

19

20    PLAINTIFF APPEARING PRO SE:

21    Miguel A. Dorantes #18489-023
      USP THOMSON
22    P.O. Box 1002
      Thomson, IL  61285
23

24

25    REPORTED BY:  SUSAN K. McGUIRE, CSR, RPR
```

PROFESSIONAL REPORTERS
800.376.1006
proreporters.com

EXHIBIT 1

 1   grievance to another note because I kept talking to
 2   them verbally, asking them for help and actually
 3   talking to the nurses, which they did not put out on
 4   the discovery, nor did they put out the other
 5   grievance that I had submitted when they put me in a
 6   cell with no toilet and no sink and no lights in it.
 7        Q.   Okay.
 8        A.   And I was -- (audio distortion) -- that
 9   night that they disclosed that for some odd reason.
10        Q.   Okay.  Let's get this here.  All right.  So
11   **it's your position you actually made additional**
12   **medical requests aside from that one we just looked**
13   **at?**
14        A.   Yes, because I had talked to them verbally
15   asking them, like, you know my situation, you know I
16   keep bleeding, you know this scab still keeps getting
17   stuck to the pillow.  And I -- they told me the same
18   thing, submit a sick call form.
19             And I told them, look, I don't have to call
20   a sick call when you know something is going on.  This
21   is not -- this is not healthy.  It's really messing
22   with my person.  I just told them, I need you to help
23   me out.
24             And I followed the grievance in regarding
25   the fact they did not put that out.  They -- they

1      Q.   Okay.  And we can look at the exact dates.
2   I'm just trying to get a sense for how long, just
3   about how long; okay?
4      A.   Right.
5      Q.   The whole -- let me ask it this way:  Did
6   the wound on your head, was it actively bleeding the
7   whole time you were at Grady, from the incident that
8   we saw when you were shot with the rubber bullets
9   during the fight, was it bleeding the entire time
10  until you were transferred out, or was there a time
11  when you remember that it stopped?
12     A.   No, it actually stopped.  I can't remember
13  exactly the date, but that was probably one of the
14  reasons I was just kind of spazzing out on the staff
15  because not only were they not giving me anything --
16  and if I believe, if it's October 11, I'm not too sure
17  when that I actually get the prescriptions for the
18  Tylenol, I don't recall it being that fast because
19  they saw me, if I'm correct, on the 15th and that was
20  actually for COVID because my celly had COVID and they
21  put COVID-positive in the cell with me.
22     Q.   Okay.  All right.  Well, let's --
23     A.   (Talk over.)
24     Q.   You didn't actually get COVID though; did
25  you?

PROFESSIONAL REPORTERS
800.376.1006
proreporters.com

EXHIBIT 1

1    Samantha to be seen in sick call, when was that?

2         A.   I would say a week later.

3         Q.   Okay.  So a week between the two times that

4    you had asked her to be seen in sick call?

5         A.   Correct.

6         Q.   And did she tell you both times you needed

7    to submit a written sick call request in response to

8    your request to be seen?

9         A.   The second time she pretty much just made a

10   remark saying they're not going to help you, you

11   should just wait till you get your VOP because they're

12   going to help you there better.

13        Q.   What was it that you told Samantha that you

14   wanted?

15        A.   I just told her I wanted to see if they

16   could maybe get that bump out of here.  Like, I

17   don't -- how I was feeling and see if they could

18   have -- what can I tell them to help me with the pain

19   because I seem to just keep having a lot of pain at

20   night where I can't sleep.

21             And it was getting too drastic, you know,

22   going numerous days without sleep.

23        Q.   After the first time you asked Samantha to

24   be seen in sick call, did you submit a written sick

25   call request?

1      A.   No, because I already had that sick call and
2   they pretty much -- just pretty much they don't care.
3   They disregarded me, so it would just make em more
4   angry.  And I know I shouldn't have acted that way, I
5   should have just kept submitting them.
6      **Q.   Is it a fair statement that your claims**
7   **against the medical, the nursing defendants in this**
8   **case is, first, that they should have stitched you**
9   **instead of suturing you?**
10     A.   I just based off --
11     **Q.   Sutured you instead of Dermabond, I'm sorry.**
12     A.   Yeah, I get what you were saying.  Just
13  going based of off what the provider in Sandstone told
14  me.  She just pretty much said that it would have been
15  better, so it would have prevented the bump that
16  arouses the pain in me still.  Because if I put
17  pressure, or if I lean on it right now to this day
18  right now, it hurts.  So it keeps me from a night's
19  sleep because of the pain.  So I have to go get
20  ibuprofen, wait till it kicks in.
21         So she said yes, if they would have cleaned
22  it and, I guess, pressured on it to make sure that the
23  blood was just flush with my skin and then stitch the
24  skin, it would have been a way better result.
25     **Q.   So your -- as it relates to the Dermabond,**