IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIGUEL A. DORANTES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-22-50-D |
| SGT. NYE, *et al.*, | ) |
| Defendants. | ) |

# **ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation regarding the Grady County Defendants [Doc. No. 73] and the Report and Recommendation regarding Samantha Solomon [Doc. No. 74] in their entirety.

For the reasons stated therein, the Court grants summary judgment to the Grady County Defendants and Samantha Solomon pursuant to FED. R. CIV. P. 56. The adoption of the Report and Recommendation regarding the Grady County Defendants and the Report and Recommendation regarding Samantha Solomon disposes of all remaining defendants in this case.

A separate judgment as to all Defendants shall be entered accordingly.

**IT IS SO ORDERED** this 5th day of April, 2024.

TIMOTHY D. DeGIUSTI
Chief United States District Judge